1
2
3

Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

4
5

Michael S. Catlett (#025238)
Michael.Catlett@quarles.com
Julia J. Koestner (#031707)
Julia.Koestner@quarles.com

6

*Attorneys for Defendant*

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE DISTRICT OF ARIZONA

9

10
11
12
13
14

Joseph Pole,

                    Plaintiff,

          vs.

Wells Fargo Bank, N.A.

                    Defendant.

NO.

(formerly Maricopa County Superior
Court Case No. CV2015-053398)

**NOTICE OF REMOVAL**

15
16
17
18

          Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby gives notice of removal of the civil action captioned *Pole v. Wells Fargo Bank, N.A.*, CV2015-053398, from the Arizona Superior Court, Maricopa County (the "State Court Action"), to the United States District Court for the District of Arizona.

19
20
21
22
23

          Wells Fargo files this notice pursuant to 28 U.S.C. § 1446(a) and L.R. Civ. 3.6. The United States District Court has jurisdiction under 28 U.S.C. § 1332.  Undersigned counsel verifies that a complete copy of the filings in the State Court Action, which his firm obtained from the Arizona Superior Court, Maricopa County, is attached hereto as **Exhibit "A."**  Such verification is attached hereto as **Exhibit "B."**

24

          As grounds for removal of this action, Wells Fargo states as follows:

25
26

          1.        Wells Fargo has been served with the Complaint in this matter.  There are no other defendants identified in this action.

27
28

2.     This Notice of Removal is filed within thirty (30) days of service of the Complaint on Wells Fargo.

3.     Wells Fargo has not pled, answered, or otherwise appeared in the State Court Action.  Wells Fargo hereby reserves all defenses, including defenses based on lack of personal and subject matter jurisdiction.

4.     The United States District Court has original jurisdiction over this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Wells Fargo, and the amount in controversy exceeds the sum or value of $75,000.00.

5.     Plaintiff Joseph Pole alleges that he is a single man who resides in Maricopa County, Arizona.  (*See* Compl., Exh. A, at ¶ I.)  Joseph Pole, therefore, is a citizen of Arizona.

6.     Defendant Wells Fargo is a National Bank with its principal place of business in South Dakota, which is also the state designated as its main office with the Office of the Comptroller of the Currency.  (*See* Catlett Decl. attached hereto as **"Exhibit C"** at ¶ 2.)  Wells Fargo, therefore, is a citizen of South Dakota.  *See* 28 U.S.C. § 1348; *Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303, 306 (2006) ("[W]e hold that a national bank, for § 1348 purposes, is a citizen of the State in which its main office, as set forth in its articles of association, is located.").

7.     The amount in controversy exceeds the sum or value of $75,000.00. Plaintiff purports to bring this action on behalf of himself and an Arizona corporation called EBJJ Enterprises, Inc. ("EBJJ"), in which Plaintiff claims to own a 50% interest. Plaintiff claims that EBJJ maintained bank accounts at Wells Fargo.  Plaintiff alleges that, in 2006, Plaintiff's business partner unilaterally withdrew funds from EBJJ's accounts and deposited them into an account in his partner's own name.  Plaintiff alleges that he discovered that EBJJ's funds had been moved to his partner's account, and demanded that Wells Fargo return the funds to the EBJJ accounts.  Plaintiff claims that Wells Fargo informed him that the money had been returned, but that the funds had not been returned.

In the Complaint, Plaintiff asserts claims against Wells Fargo for negligence, negligent misrepresentation, and aiding and abetting breach of fiduciary duty, and alleges that, for each of those claims, his damages include, *inter alia*, "the loss of cash on deposit at Wells Fargo Bank." (*See, e.g.*, Compl., Exh. A, at ¶¶ XVI, XXI, XXVI.)  Plaintiff also seeks punitive damages against Wells Fargo. (Compl., Exh. A, at 8 ¶ 6.)

8.    Plaintiff has separately sued his former business partner; that case is pending in Arizona Superior Court, Maricopa County, as Case No. CV2014-011858. (*See* First Am. Compl., *EBJJ Enters. et al. v. Nona et al.*, attached hereto as **"Exhibit D."**) Prior to that litigation, Plaintiff's counsel in that case, the law firm of Burch & Cracchiolo, wrote to counsel for Plaintiff's partner about the issue of the funds Plaintiff alleges were taken from EBJJ's accounts at Wells Fargo.  In that correspondence, Plaintiff's counsel informed counsel for Plaintiff's business partner that "[w]e understand that at some point in 2006 Basil Nona moved $750,000 in cash from EBJJ's account at Wells Fargo Bank into a separate account that was established in his name individually and then began operating the check cashing business as his sole and separate asset at Broadway Liquors." (*See* 8/14/2014 Correspondence attached hereto as **Exhibit "E."**)  That correspondence was attached an Exhibit to the First Amended Complaint in the action against Nona. (*See* Exh. D.)  Thus, the amount that Plaintiff seeks from Wells Fargo when he prays for compensatory damages "for cash converted from the bank account of EBJJ Enterprises, Inc." appears to be $750,000, which far exceeds the minimum amount required for diversity jurisdiction.

9.    Written notice of the filing of this Notice has been delivered to Plaintiff.  A copy of this Notice of Removal will be filed this date with the Clerk of the Arizona Superior Court, Maricopa County.  The Notice of Removal to be filed with the Superior Court is attached hereto as **"Exhibit F."**

Accordingly, Wells Fargo respectfully requests that this Notice of Removal be filed, the State Court Action be removed to, and proceed hereinafter in, this Court, and that no further proceedings in this matter take place in the Arizona Superior Court.

RESPECTFULLY SUBMITTED this 30th day of November, 2015.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

By */s/ Michael S. Catlett*
Michael S. Catlett
Julia J. Koestner

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2015, I electronically transmitted the attached documents to the Clerk's Office using the ECF System for filing.  The foregoing was transmitted by First-Class Mail to:

Joseph Pole
24205 N. 65th Avenue
Glendale, Arizona 85310

*s/ Kelly Thwaites*